# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jordan Stein
Plaintiff(s),

v.

Clarifai, Inc.
Defendant(s).

Case No: 20-cv-1937
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court dismisses Stein's claims without prejudice for lack of personal jurisdiction and terminates this case.

This action was *(check one)*:

☐ tried by a jury with Judge Sara L. Ellis presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date:  3/16/2021                                    Thomas G. Bruton, Clerk of Court

                                                    Rhonda Johnson , Deputy Clerk